James A. McIntyre - 2196
J. David Milliner - 5762
McINTYRE & GOLDEN, L.C.
3838 So. West Temple
Salt Lake City, Utah 84115
Telephone: (801) 266-3399
Facsimile: (801) 263-1834

*Attorneys for David P. Johnson and E. Kathleen Johnson*

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| In re: | |
| TWIN PEAKS FINANCIAL SERVICES, INC., Debtor. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| DAVID P. JOHNSON and E. KATHLEEN JOHNSON, | Bankruptcy No. 07-25399 (Chapter 7) |
| Plaintiffs, | Adversary No. 08-02107 |
| v. | |
| TWIN PEAKS FINANCIAL SERVICES, INC., CHAD R. PALMER, DOES 1 -10, et al., Defendants. | Hon. Judith A. Boulden |

---

In light of:

1. The recent conversion of the underlying bankruptcy case herein from a Chapter 11 reorganization case to Chapter 7 liquidation case, wherein no discharge can be granted to a corporate entity;

2. Case law indicating that Twin Peaks Financial Services, Inc. is not an indispensable party under Bankruptcy Rule 7019 and Rule 19 of the Federal Rules of Civil Procedure for

    purposes of maintaining their claims of fraud and conspiracy to commit fraud against the other individual debtors and parties named in their related adversary proceedings Nos. 08-02109 and 08-02110; and

3. Concerns that retaining Twin Peaks Financial Services, Inc. as a party in this adversary proceeding might be contrary to the automatic stay provisions of Section 362 of the Bankruptcy Code;

Plaintiffs David P. Johnson and E. Kathleen Johnson, through counsel and pursuant to Bankruptcy Rule 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss without prejudice the above-referenced adversary proceeding, in favor of filing an appropriate proof of claim in the underlying bankruptcy case, but reserving the right to bring a new proceeding on these same or related claims should it become necessary or expedient to do so in order to fully vindicate their rights relating thereto.

    DATED this 30th day of June, 2008.

    McINTYRE & GOLDEN, L.C.

    /s/    J. David Milliner
James A. McIntyre
J. David Milliner,
*Attorneys for David and Kathleen Johnson*

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2008, I caused to be mailed via U.S. mail, first-class postage prepaid, a true and correct copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE to the following:

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
Douglas J. Payne, Esq.
FABIAN & CLENDENIN
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, Utah 84151
*Attorneys for Twin Peaks and MNK.*

Paul James Toscano, Esq.
10 Exchange Place, Suite 614
Salt Lake City, Utah 84111
*Attorney for Kenneth C. Tebbs and Melissa A. Tebbs*

Chad R. Palmer
9307 South Copper Lane
West Jordan, Utah 84088

Elizabeth R. Loveridge, Esq.
WOODBURY & KESSLER
265 East 100 South, Suite 300
P.O. Box 335
Salt Lake City, Utah 84110-3358
*Trustee for Kenneth C. Tebbs and Melissa A. Tebbs*

Laurie A. Clayton, Esq.
U.S. TRUSTEE'S OFFICE
300 Ken Garff Building
405 South Main Street
Salt Lake City, Utah 84111

/s/   J. David Milliner